IN THE FIFTEENTH COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

MAY 1 2 2025

CHRISTOPHER A. PRINE
CLERK

| JAMES BRICKLEY, | § | COURT OF APPEALS NUMBER |
| Appellant, | | 15-25-00063-CV |
| | § | |
| v. | | |
| | § | TRIAL COURT CASE NUMBER |
| CODI MITCHELL, | | DC-24-55952 |
| Appellee | § | |

## DOCKETING STATEMENT

1. Appellan is James Brickley, pro se. Address: 3201 FM 929, Gatesville, Texas 76597. There is no phone number or fax associated with appellant due to his incarceration.

2. Appellee is Codi Mitchell, represented by Jacobi I. Pons, Assistant Attorney General. Address for attorney is: P.O. Box 12548, Capitol Station, Austin Texas 78711. Phone:(512)-463-2080. Fax: (512)-370-9814. e-mail: Jacobi.pons@oag.texas.gov.

3. Appellant brought this case as a tort claim against appellee in her individual capacity for violation of the law and TDCJ policies, for theft; violation of inmates rights; denial of access to courts: and preventing execution of civil process.

4. The judgment on the order to dismiss with prejudice was signed on March 27,2025, two days after the plea to jurisdiction was e-filed.

5. Appellant filed a timely notice of appeal in the trial court via the trial court clerk on April 24,2025 along with a request to the clerk for preparation of the clerk's record, along with a seperate request to the court reporter for preparation of the transcript of the sole hearing in the case, and arranged for the fees associated to be paid.

6. A motion requesting the trial court to make findings of fact and

1

conclusions of law was also submitted and filed on April 25,2025.

7.This case was held in the 440th Judicial District in Coryell County, Texas; the Honorable Grant Kinsey presiding.

Respectfully submitted,

*[signature]* 2 May 2025

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Docketing Statement was forwarded to my agent with instruction to send to the oppossing party listed below via certified mail, return reciept requested. Executed on this 5th Day of May, 2025.

JACOBI I. PONS
Assistant Attorney General
Law Enforcement Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711

*[signature]* 5 May 2025

JAMES BRICKLEY
Appellant pro se
3201 FM 929
Gatesville, Texas 76597

2

James Brickley #2287486
3201 FM 929
Gatesville, Tx 76597

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

MAY 1 2 2025

CHRISTOPHER A. PRINE
CLERK

AUSTIN TX 786
RIO GRANDE DISTRICT
7 MAY 2025 AM 4 L



FOREVER / USA

TO: The Clerk of Court
Christopher A. Prine
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

78711-285252

Legal
Mail

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION